IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED ST... ...TRICT COURT
...RADO

MAR 9 - 2007

GRE... ...NGHAM
CLERK

Civil Action No. 07-cv-00115-ZLW

FIDEL G. RAMOS,

      Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for D.O.C.,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendent of Arrowhead Correctional Facility,

      Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Fidel G. Ramos has filed *pro se* on March 2, 2007, a "Motion Requesting Reconsideration of Judgment." Mr. Ramos asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on February 22, 2007. The Court must construe the motion liberally because Mr. Ramos is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Ramos filed the motion to reconsider within ten days after the

Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Ramos failed to cure the deficiencies. More specifically, Mr. Ramos failed to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis*. Mr. Ramos alleges in the motion to reconsider that a prison official advised him the account statement did not need to be certified. Mr. Ramos also attaches to the motion to reconsider a certified copy of his inmate trust fund account statement dated February 28, 2007.

Mr. Ramos' belated efforts to cure the deficiencies in this action do not justify a decision to vacate the order of dismissal. The form *in forma pauperis* motion that Mr. Ramos completed and filed in this action specifically states that a certified copy of the inmate's trust fund account statement must be submitted with the *in forma pauperis* motion. Therefore, the motion to reconsider will be denied. Mr. Ramos is reminded that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the "Motion Requesting Reconsideration of Judgment" filed on March 2, 2007, is denied.

DATED at Denver, Colorado, this 8 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00115-BNB

Fidel G. Ramos
Prisoner No. 41238
Arrowhead Corr. Center
PO Box 300 - Unit D
Cañon City, CO 81215- 0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-9-07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk