# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00115-ZLW

FIDEL G. RAMOS,

    Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for D.O.C.,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendent of Arrowhead Correctional Facility,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO
MAR 21 2007
GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion Requesting Court Order to Re-Enstate [sic] Civil Action" filed on March 19, 2007, is DENIED for the reasons stated in the Court's March 9, 2007, Order Denying Motion to Reconsider. The "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" filed by Plaintiff on March 19, 2007, is DENIED as moot.

Dated: March 21, 2007

Copies of this Minute Order mailed on March 21, 2007, to the following:

Fidel G. Ramos
Prisoner No. 41238
ACC - Unit D
PO Box 300
Cañon City, CO 81215- 0300

                                                Secretary/Deputy Clerk