## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00115-ZLW

FIDEL G. RAMOS,

    Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for D.O.C.,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendent of Arrowhead Correctional Facility,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2007

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion Requesting the Court to Grant Retrieving Complaint" filed on April 25, 2007, is GRANTED. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the original complaint Plaintiff filed in this action on January 17, 2007.

Dated: April 26, 2007

Copies of this **Minute Order, and copy of the Original Complaint** were mailed on April 26, 2007, to the following:

Fidel G. Ramos
Prisoner No. 41238
ACC - Unit E-01-02
PO Box 300
Cañon City, CO 81215- 0300

                              Secretary/Deputy Clerk